JS-6

Amir J. Goldstein, Esq. (CA Bar No. 255620)
ajg@consumercounselgroup.com
5455 Wilshire Boulevard, Suite 1812
Los Angeles, CA 90036
Tel 323.937.0400
Fax 866.288.9194

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEFELDIE SIEF, individually and on behalf of all others similarly situated, | Case No.: 11-cv-4650-VBF-OPx |
| Plaintiff, | ORDER ON STIPULATION OF DISCONTINUANCE / DISMISSAL |
| v. | |
| J.C. CHRISTENSEN AND ASSOCIATES, INC. and DOES 1 through 10 inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients, (the defendant not having appeared) that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party. Any claims of any putative class members are dismissed without prejudice.

/S/ AJG_____
Amir J. Goldstein Esq. (CA Bar No. 255620)
**ATTORNEY FOR PLAINTIFF**
5455 Wilshire Blvd. Suite 1812
Los Angeles, California 90036
Tel: 323-937-0400
Fax: 866-288-9194


SO ORDERED:

*Valerie Baker Fairbank*     Dated: 8-3-11
_____
U.S.D.J  HON. VALERIE BAKER FAIRBANK